# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGINIA BECKER**, | : | CIVIL ACTION NO. 1:08-CV-2228 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **TRAVELERS INSURANCE COMPANY**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of January, 2009, upon consideration of the pending motions to dismiss (Doc. 8) and to remand (Doc. 13) this case to the Court of Common Pleas of Lebanon County, Pennsylvania pursuant to 28 U.S.C. § 1447(c), and it appearing that the motion to remand would, if granted, render the motion to dismiss moot, it is hereby ORDERED that:

1. The motion to dismiss (Doc. 8) is DENIED without prejudice to defendant's right to reassert it following disposition of the motion to remand (Doc. 13).

2. In the event that the above-captioned matter is not returned to the Court of Common Pleas, defendant may reassert the motion to dismiss (Doc. 8) within twenty days following disposition of the motion to remand (Doc. 13). The briefing schedule upon re-filing shall be governed by the Local Rules of Court.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge